IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 29 PM 3: 0

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| R&D FILM 1, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV412-282<br>) |
| JOHN DOES 1-26, | )<br>) |
| Defendant. | )<br>)<br>) |

O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA