FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 29 PM 3: 0
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

R&D FILM 1, LLC,

    Plaintiff,

v.

JOHN DOES 1-26,

    Defendant.

CASE NO. CV412-282

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA